• AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Communications Systems, Inc.

**SUMMONS IN A CIVIL CASE**

V.

Bradley Kostelnik

CASE NUMBER: 06 CV 2831 MJD/SRN

TO: (Name and address of Defendant)

Bradley Kostelnik
2219 Eldridge Avenue East
North Saint Paul, Minnesota 55109

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Peter J. Ims
Westman, Champlin & Kelly, P.A.
900 Second Avenue South
Suite 1400
Minneapolis, Minnesota 55402

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD D. SLETTEN

CLERK

_____
(By) DEPUTY CLERK

JUN 3 0 2006

DATE

**STATE OF MINNESOTA**

**AFFIDAVIT OF SERVICE**

**COUNTY OF RAMSEY**

**METRO LEGAL SERVICES**

Robert E. Foley, being duly sworn, on oath says:
that on October 20, 2006, at 7:00 PM he served the attached:

Summons & Complaint upon:

Bradley Kostelnik, therein named, personally at:

2219 Eldridge Avenue East, North St. Paul, County of Ramsey, State of Minnesota, by handing to and leaving with Bradley Kostelnik, a true and correct copy thereof.

_____

Subscribed and sworn to before me this
23rd day of October 2006

_Amanda J. Behrens_

AMANDA J. BEHRENS
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2010

629852 - 1

RE: C64.11-0035